UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LOCAL 60
PLASTERING INDUSTRY PENSION
TRUST FUND 2,

        Plaintiff,

              **ORDER**

 - against -

              CV 04-3210(TCP)(MLO)

CRESCENT WALL SYSTEMS, INC. d/b/a
CRESCENT WALL SYSTEMS NEW
YORK INC. and WALL SYSTEMS NEW
YORK INC. d/b/a CRESCENT WALL
SYSTEMS, INC.,
        Defendant.
------------------------------------------------------------X
PLATT, District Judge:

  Before the Court is a Report and Recommendation ("the Report") of U. S. Magistrate Judge Michael L. Orenstein dated May 24, 2005, which recommends that the Defendants' answer be stricken and that Plaintiff be permitted to move for a default judgment against both named Defendants.

  On the basis of, and for the reasons set forth in the Report, U.S. Magistrate Judge Michael L. Orenstein's recommendation is **AFFIRMED** and

1

**ADOPTED** as an Order of this Court.

**SO ORDERED**.

                                            _/S/_____
                                            Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
        June 12, 2005